NUMBER 13-01-287-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 ________________________________________________________________ 



WAL-MART STORES, INC. , Appellant, 



v.

 

CONCEPCION IRIGOYEN , Appellee. 

________________________________________________________________ 

On appeal from the County Court at Law No. 1

of Nueces County, Texas.

 ________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellant, WAL-MART STORES, INC. , perfected an appeal from a judgment entered by the County Court at Law No. 1
of Nueces County, Texas, in cause number 98-60976-1 . After the notice of appeal was filed, the parties filed a joint
motion to dismiss the appeal. In the motion, the parties state that they have reached an agreement to settle and compromise
their differences. The parties request that this Court dismiss the appeal. 

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 24th day of May, 2001 .